UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GS HOLISTIC, LLC,                                  :
                                                   :
                              Plaintiff,           :          25-CV-5348 (VSB) (RWL)
                                                   :
        - against -                                :
                                                   :          **ORDER**
NYC SMOKES INC and NYC SMOKES 752   :
INC d/b/a NYC SMOKES, AHMED ALGITHI, :
and GAMAL ALAWDI,                                  :
                                                   :
                              Defendant.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 13, 2025, the Court approved the parties' case management plan,

including a requirement that the parties submit a joint status letter to the Court every 90

days.  (Dkt. 25.)  That time period has elapsed, and no status report has been filed with

the Court.  Accordingly, Plaintiff shall file a status report by March 9, 2026.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2026
        New York, New York

Copies transmitted this date to all counsel of record.