UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GS HOLISTIC, LLC,                                       :
                                                        :
                              Plaintiff,                :          25-CV-5348 (VSB) (RWL)
                                                        :
              - against -                               :
                                                        :          **ORDER**
NYC SMOKES INC and NYC SMOKES 752                       :
INC d/b/a NYC SMOKES, AHMED ALGITHI,                    :
and GAMAL ALAWDI,                                       :
                                                        :
                              Defendant.                :
------------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defense counsel has filed a status report attaching an email from counsel for Plaintiff – Verna Law, P.C. – that Verna Law is no longer representing Plaintiff and advising that all communications be sent to in-house counsel. (Dkt. 28.) Unless and until Verna Law files, and the Court grants, a motion to withdraw, Verna Law continues to represent Plaintiff. Accordingly, if Verna Law seeks to withdraw, it shall file a motion to withdraw by **April 21, 2026**.

Further, a corporate entity such as Plaintiff cannot appear in court pro se and must appear by counsel. If Verna Law moves to withdraw and the Court grants that motion, Plaintiff will be required to appear by counsel; if it fails to do so, the case will be dismissed for failure to prosecute.

Verna Law shall provide a copy of this order to Plaintiff.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 14, 2026
     New York, New York

Copies transmitted this date to all counsel of record.