UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GS HOLISTIC, LLC,                                   :
                                                    :
                              Plaintiff,            :          25-CV-5348 (VSB) (RWL)
                                                    :
            - against -                             :
                                                    :              **ORDER**
NYC SMOKES INC and NYC SMOKES 752                   :
INC d/b/a NYC SMOKES, AHMED ALGITHI,                :
and GAMAL ALAWDI,                                   :
                                                    :
                              Defendant.            :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 10, 2026, the Court issued an order reminding the parties that they failed to comply with the scheduling order requiring the parties to file a joint status report every 90 days, and directing them to file a joint status report by April 15, 2026.  (Dkt. 27.)  On April 14, 2026, Defense counsel filed a unilateral status report letter explaining that Plaintiff's counsel – Verna Law, P.C. – had been unresponsive to Defense counsel's outreach and to Plaintiff's discovery obligations.  (Dkt. 28.)  Defense counsel's letter attached an email from Verna Law stating that it no longer represents Plaintiff and advising that all communications should be sent to in-house counsel.  (*Id.*)

The Court issued an order the same day stating that "[u]nless and until Verna Law files, and the Court grants, a motion to withdraw, Verna Law continues to represent Plaintiff.  Accordingly, if Verna Law seeks to withdraw, it shall file a motion to withdraw by April 21, 2026."  (Dkt. 29.)  The order also explained that "a corporate entity such as Plaintiff cannot appear in court pro se and must appear by counsel.  If Verna Law moves to withdraw and the Court grants that motion, Plaintiff will be required to appear by counsel; if it fails to do so, the case will be dismissed for failure to prosecute."  (*Id.*)  Finally,

the order directed Verna Law to provide a copy of the order to Plaintiff (i.e., Verna's client). (*Id.*)

Verna Law has not filed anything on the docket since.  Verna Law continues to represent Plaintiff and has violated a court order requiring the parties to file a joint status report.  Further, Plaintiff is in violation of its discovery obligations.  Accordingly, by **May 19, 2026**, Verna Law and Plaintiff shall show cause in writing why they should not be sanctioned and the case dismissed for failure to prosecute.  Failure to respond to this order will be reason alone to dismiss the case.

Defense counsel is directed to email a copy of this order to Verna Law by **May 13, 2026**.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

2