VERNA LAW

TRADEMARK LAW
COPYRIGHT LAW
DOMAIN NAMES
ADVERTISING LAW
PATENT LAW

May 19, 2026 Via ECF

Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: GS Holistic, LLC v. NYC Smokes Inc et al SDNY Civil Case No. 1:25-cv-05348

To the Hon. Robert W. Lehrburger:

Verna Law, P.C. represents GS Holistic, LLC, the Plaintiff, in the case referenced above.

This letter is being sent in response to the Court's Order of May 12, 2026.

I was surprised to read that Counsel for the Defendants stated that I said that I was not representing the Plaintiff. This office did not make that representation to Counsel for the Defendants.

My apologies to the Court for being confused and misunderstanding the procedural standing of the matter – especially as I never stated that I stopped representing the Plaintiff.

Discovery has closed and the Plaintiff is prepared to move forward. We certainly hope the parties in this case can still come to a settlement and have expressed that sentiment to Counsel for the Defendants.

I apologize for the delay and the error in misunderstanding the Court's orders and it will not happen again.

Very truly yours,

Anthony M. Verna III, Esq.

Anthony M. Verna III, Esq.
Attorney at Law

(Admitted in NY and NJ)

80 Theodore Fremd Ave.
Rye, NY 10580

45 N. Broad St.
Ridgewood, NJ 07540

914-908-6757
anthony@vernalaw.com