UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GS HOLISTIC, LLC,                              :
                                               :
                              Plaintiff,        :          25-CV-5348 (VSB) (RWL)
                                               :
              - against -                       :
                                               :          **ORDER**
NYC SMOKES INC and NYC SMOKES 752    :
INC d/b/a NYC SMOKES, AHMED ALGITHI,  :
and GAMAL ALAWDI,                              :
                                               :
                              Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on

May 28, 2026, Plaintiff's counsel shall provide Defendants with a computation of each

category of damages claimed, pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), no later than

**June 11, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2026
       New York, New York

Copies transmitted this date to all counsel of record.

1