UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>NYC SMOKES INC and NYC SMOKES 752 INC d/b/a NYC SMOKES, AHMED ALGITHI, and GAMAL ALAWDI,<br><br>Defendants. | 25-CV-5348 (VSB) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **October 5, 2026**, either (i) one or both parties may file a motion for summary judgment; or, if neither party intends to file a motion for summary judgment (about which they shall meet and confer), then (ii) the parties shall file a pretrial order, compliant with Judge Broderick's rules.

SO ORDERED.



ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2026
New York, New York

Copies transmitted this date to all counsel of record.